**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

---

*600 United States Courthouse*        (612) 664-5600
*300 South Fourth Street*
*Minneapolis, MN   55415*
*www.usdoj.gov/usao/mn*

August 14, 2017

**FILED UNDER SEAL**

**RECEIVED**

AUG 14 2017

The Honorable Richard H. Kyle
United States Senior Judge
316 N. Robert Street, Suite 772
St. Paul, MN 55101

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RE:   United States ex rel. Kipp Fesenmaier v. Sightpath Medical, Inc. et al.,
       Civil No. 13-3003 (RHK/FLN)

Dear Judge Kyle:

Enclosed for your consideration please find a copy of the United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part, Certificate of Service and Proposed Order in the above-captioned matter.

The proposed Order has been sent to you by email.

Sincerely,

GREGORY G. BROOKER
Acting United States Attorney

BY: CHAD A. BLUMENFIELD
Assistant U.S. Attorney

CAB:kam

Enclosures

cc:   Susan M. Coler (w/ application and proposed order)

**SCANNED**
AUG 14 2017
U.S. DISTRICT COURT MPLS