UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>ex rel. Kipp Fesenmaier, | Civil No. 13-3003 (RHK/FLN) |
| Plaintiffs, | **ORDER** |
| v. | |
| Sightpath Medical, Inc.,<br>TLC Vision Corporation,<br>The Cameron-Ehlen Group, Inc.,<br>d/b/a Precision Lens,<br>Minnesota Eye Consultants P.A.,<br>David Dillman,<br>Paul Ehlen,<br>Todd Gavin,<br>Jeffrey Ketcham,<br>Paul Kuck,<br>Daniel Lange,<br>Monte Leidenix,<br>Richard Lindstrom,<br>Michael Merck,<br>Anthony Novak,<br>Gregory Osmundson,<br>Jitendra Swarup,<br>Vance Thompson,<br>Christopher Wallyn,<br>David West, and<br>Darrell Williams, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 69), Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and based on all the files, records and proceedings in this matter,

**IT IS ORDERED**:

1. All claims asserted on behalf of the United States in this action against Sightpath Medical, Inc. and TLC Vision Corporation concerning the Covered Conduct, as defined in Recital Paragraph D of the August 2017 Settlement Agreement among the United States, Relator, and Sightpath Medical, Inc., and TLC Vision Corporation, are dismissed with prejudice;

2. All other claims in this action against Sightpath Medical, Inc. and TLC Vision Corporation are dismissed without prejudice to the United States and with prejudice to the Relator;

3. All claims in this action against Sightpath Medical, Inc. and TLC Vision Corporation asserted on behalf of the Relator for attorneys' fees under 31 U.S.C. § 3730(d) are dismissed with prejudice;

4. All other claims against all remaining defendants are specifically preserved and not dismissed; and

5. This dismissal does not disturb the parties' rights and obligations as set forth in the August 2017 Settlement Agreement.

Dated:   September 13, 2017

                                             s/Donovan W. Frank
                                             DONOVAN W. FRANK
                                             United States District Judge