**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 13-CV-3003 (PAM/FLN)**

| | |
|---|---|
| United States of America, *ex rel.* Kipp Fesenmaier, <br><br> Plaintiffs, <br><br> v. <br><br> The Cameron-Ehlen Group, Inc., dba Precision Lens, and Paul Ehlen, <br><br> Defendants. | **DEFENDANT THE CAMERON-EHLEN GROUP, INC., DBA PRECISION LENS' MOTION TO DISMISS THE UNITED STATES OF AMERICA'S COMPLAINT IN INTERVENTION** |

Defendant The Cameron-Ehlen Group, Inc., dba Precision Lens, through its undersigned counsel, hereby moves the Court for an Order Dismissing the United States of America's Complaint in Intervention. This Motion is based upon Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the files, records, and proceedings herein, including the Memorandum in Support to be submitted in connection with this Motion, and such other documentation and argument as may come before the Court. Defendant will file its Memorandum in Support of this Motion at least 42 days prior to June 21, 2018, as required by the Court's October 1, 2014 Amended Standing Order (Dkt. #79).

Dated: March 29, 2018                      Respectfully submitted,

                                                         HOGAN LOVELLS US LLP

                                                         By: <u>/s/ *Thomas Beimers*</u>
                                                         Thomas Beimers (MN #0394812)
                                                         Matthew J. Piehl (MN #0395942)
                                                         80 South Eighth Street
                                                         Suite 1225
                                                         Minneapolis, MN 55402
                                                         Telephone: (612) 402-3000
                                                         Facsimile: (612) 339-5167
                                                         Thomas.Beimers@hoganlovells.com
                                                         Matthew.Piehl@hoganlovells.com

                                                         *Counsel for The Cameron-Ehlen Group, Inc.,*
                                                          *dba Precision Lens*