UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,
*ex rel.* Kipp Fesenmaier,

Plaintiffs,

v.

The Cameron-Ehlen Group, Inc.,
d/b/a Precision Lens, and
Paul Ehlen

Defendants.

Case No. 13-cv-3003 (WMW/DTS)

**ORDER**

Pursuant to the United States' request to lift the stay resulting from the lapse in appropriations to the Department of Justice, **IT IS HEREBY ORDERED:**

1. The United States' request to lift the stay [Docket No. 167] is **GRANTED**.

2. The remaining deadlines in this matter are extended commensurate with the duration of the lapse of appropriations to the Department. All deadlines in this matter are extended by **20** days. To avoid deadlines falling on weekends, the deadline for fact discovery shall be moved to July 19, 2019.

Dated: January 31, 2019

s/David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge