UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America, ex rel.
Kipp Fesenmaier

Case No. 13-CV-3003 (WMW/DTS)

          Plaintiffs,

**VERDICT FORM**

v.

The Cameron-Ehlen Group, Inc.,
*doing business as Precision Lens*; and
Paul Ehlen,

          Defendants.

---

1

We, the jury in this case, unanimously make these answers to the following questions:

**Question 1:** Did Plaintiffs prove by the greater weight of the evidence that defendant The Cameron-Ehlen Group, Inc., doing business as Precision Lens, violated the False Claims Act?

Answer:                Yes _____                No _____

*Proceed to Question 2.*

**Question 2**: Did Plaintiffs prove by the greater weight of the evidence that defendant Paul Ehlen violated the False Claims Act?

Answer:                Yes _____                No _____

*If you answered "No" to Question 1 and Question 2, please skip the remaining questions and have the foreperson sign and date the verdict form on the final page. If you answered "Yes" to Question 1, Question 2 or both, please proceed to each of the remaining questions.*

**Question 3**: Which of the following transactions amounted to a kickback that resulted in a violation of the False Claims Act? (See charts below.) Answer Question 3 for each transaction below, then proceed to Questions 4 through 7.

## AARON ALME

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Feb. 26, 2014<br>Skymiles | _____   _____<br>Yes        No |
| Feb. 26, 2014<br>Meal | _____   _____<br>Yes        No |
| Feb. 27, 2014<br>Private Flight | _____   _____<br>Yes        No |

## OMAR AWAD

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Mar. 27, 2014<br>Private Flight | _____   _____<br>Yes        No |

## KEITH BARATZ

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Sept. 6, 2012<br>Tickets | Yes ____ No ____ |

## RAY BIRKENKAMP

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Nov. 4, 2006<br>South Dakota Pheasant Hunt | Yes ____ No ____ |
| Dec. 10, 2011<br>South Dakota Pheasant Hunt | Yes ____ No ____ |
| Dec. 8, 2012<br>South Dakota Pheasant Hunt | Yes ____ No ____ |

4

## DAVID BOES

| | Question 3 |
| --- | --- |
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Feb. 3, 2011 Skymiles | ____ Yes    ____ No |
| Feb. 4, 2011 Skymiles | ____ Yes    ____ No |
| Mar. 8, 2012 Skymiles | ____ Yes    ____ No |
| Oct. 9, 2012 Skymiles | ____ Yes    ____ No |
| Mar. 22, 2013 Skymiles | ____ Yes    ____ No |
| Aug. 5, 2013 Skymiles | ____ Yes    ____ No |

## JOHN BORMES

| | Question 3 |
| --- | --- |
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Sept. 20, 2007 Napa Valley Trip | ____ Yes    ____ No |

## TIM CAVANAUGH

| Alleged Kickback | **Question 3** |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Apr. 8, 2011<br>Masters Golf Trip | ____ Yes    ____ No |

## DANIEL CONRAD

| Alleged Kickback | **Question 3** |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| June 27, 2008<br>Sutton Bay Trip | ____ Yes    ____ No |
| July 23, 2010<br>Stock Farm Trip | ____ Yes    ____ No |
| May 26, 2011<br>Sutton Bay Trip | ____ Yes    ____ No |

6

## JONATHAN CUTLER

| | Question 3 |
|---|---|
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| June 16, 2009<br>Private Flight | _____    _____<br>Yes           No |

## ELIZABETH DAVIS

| | Question 3 |
|---|---|
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| May 9, 2006<br>Private Flight | _____    _____<br>Yes           No |
| Feb. 23, 2007<br>Trip to New York City (Flight, Hotel, and Show) | _____    _____<br>Yes           No |
| Dec. 7, 2007<br>Salon | _____    _____<br>Yes           No |
| Apr. 24, 2009<br>Trip to New York City (Including Private Flight) | _____    _____<br>Yes           No |
| Sept. 13, 2009<br>Private Flight | _____    _____<br>Yes           No |

| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
|---|---|
| Sept. 20, 2011<br>Private Flight | _____ _____<br>Yes       No |
| Dec. 22, 2011<br>Skymiles | _____ _____<br>Yes       No |
| Sept. 18, 2012<br>Skymiles and Expenses for Quebec Trip | _____ _____<br>Yes       No |
| Dec. 5, 2012<br>Meal | _____ _____<br>Yes       No |
| Dec. 14, 2013<br>Precision Lens Christmas Party | _____ _____<br>Yes       No |
| Aug. 1, 2014<br>Private Flight | _____ _____<br>Yes       No |

# RICHARD DECHAMPLAIN

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Dec. 2, 2006<br>South Dakota Pheasant Hunt and Private Flight | ___ Yes   ___ No |
| Dec. 1, 2007<br>South Dakota Pheasant Hunt and Private Flight | ___ Yes   ___ No |
| Dec. 6, 2008<br>South Dakota Pheasant Hunt and Private Flight | ___ Yes   ___ No |
| Dec. 5, 2009<br>South Dakota Pheasant Hunt, Private Flight, Airfare, and Lodging | ___ Yes   ___ No |
| Dec. 4, 2010<br>South Dakota Pheasant Hunt, Private Flight, and Airfare | ___ Yes   ___ No |
| Apr. 4, 2011<br>Meal | ___ Yes   ___ No |
| July 16, 2011<br>Two Dog Outfitters Purchase | ___ Yes   ___ No |
| Oct. 24, 2011<br>Skymiles | ___ Yes   ___ No |
| Dec. 10, 2011<br>South Dakota Pheasant Hunt, Private Flight, and Airfare | ___ Yes   ___ No |

| Alleged Kickback | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
|:---:|:---:|
| Dec. 28, 2011<br>Skymiles | _____ _____<br>Yes    No |
| Oct. 10, 2012<br>Meal | _____ _____<br>Yes    No |
| Dec. 8, 2012<br>South Dakota Pheasant Hunt,<br>Airfare, Lodging, and Meal | _____ _____<br>Yes    No |
| May 6, 2013<br>Skymiles | _____ _____<br>Yes    No |
| July 1, 2013<br>Stock Farm Trip | _____ _____<br>Yes    No |
| Dec. 7, 2013<br>South Dakota Pheasant Hunt,<br>Airfare, Private Flight, and Meal | _____ _____<br>Yes    No |
| Dec. 12, 2014<br>Skymiles | _____ _____<br>Yes    No |
| Dec. 13, 2014<br>South Dakota Pheasant Hunt and<br>Private Flight | _____ _____<br>Yes    No |
| Sept. 14, 2015<br>Skymiles | _____ _____<br>Yes    No |
| Dec. 12, 2015<br>South Dakota Pheasant Hunt and<br>Private Flight | _____ _____<br>Yes    No |

# DOUG EDWARDS

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Jan. 6, 2011<br>Beaver Creek Ski Trip | _____ _____<br>Yes   No |
| Oct. 20, 2011<br>Airfare | _____ _____<br>Yes   No |
| Jan. 1, 2013<br>Opening of Ambulatory Surgery Center and Related Flights | _____ _____<br>Yes   No |

# FRANK EMERT

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Sept. 24, 2006 Niska Lodge Trip | _____   _____ Yes        No |
| Nov. 2, 2006 Airfare for Pheasant Hunt | _____   _____ Yes        No |
| Nov. 3, 2006 South Dakota Pheasant Hunt | _____   _____ Yes        No |
| Dec. 6, 2008 South Dakota Pheasant Hunt | _____   _____ Yes        No |
| Dec. 5, 2009 South Dakota Pheasant Hunt and Private Flight | _____   _____ Yes        No |
| Dec. 4, 2010 South Dakota Pheasant Hunt | _____   _____ Yes        No |
| Dec. 10, 2011 Hunting Trip | _____   _____ Yes        No |

12

# KEVIN FLAHERTY

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Jan. 4, 2007 Beaver Creek Ski Trip and Private Flight | _____ Yes   _____ No |
| Jan. 7, 2010 Beaver Creek Ski Trip and Private Flight | _____ Yes   _____ No |
| Jan. 6, 2011 Beaver Creek Ski Trip and Private Flight | _____ Yes   _____ No |
| Jan. 1, 2013 Opening of Ambulatory Surgery Center and Related Flights | _____ Yes   _____ No |

13

# MICHAEL GELINAS

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Mar. 5, 2006 Sporting Event Tickets/Entertainment and Private Flight | ____ Yes    ____ No |
| Dec. 2, 2006 South Dakota Pheasant Hunt and Private Flight | ____ Yes    ____ No |
| Oct. 18, 2008 South Dakota Pheasant Hunt and Private Flight | ____ Yes    ____ No |
| Aug. 18, 2010 Sporting Event Tickets | ____ Yes    ____ No |
| Oct. 29, 2010 South Dakota Pheasant Hunt and Private Flight | ____ Yes    ____ No |
| Oct. 15, 2011 South Dakota Pheasant Hunt and Private Flight | ____ Yes    ____ No |

## DAVID HARDTEN

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Apr. 25, 2005<br>Private Flight | ___ Yes ___ No |
| Apr. 18, 2006<br>Private Flight | ___ Yes ___ No |
| May 30, 2006<br>Private Flight | ___ Yes ___ No |
| Dec. 7, 2007<br>Private Flight and Meal | ___ Yes ___ No |
| Feb. 11, 2010<br>Private Flight | ___ Yes ___ No |
| May 23, 2011<br>Meal | ___ Yes ___ No |
| Mar. 12, 2012<br>Skymiles | ___ Yes ___ No |

15

## MATTHEW HATTENHAUER

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Jan. 4, 2007 Beaver Creek Ski Trip and Private Flight | _____ _____ Yes       No |
| Jan. 7, 2010 Beaver Creek Ski Trip and Private Flight | _____ _____ Yes       No |
| Jan. 6, 2011 Beaver Creek Ski Trip and Private Flight | _____ _____ Yes       No |
| Jan. 1, 2013 Opening of Ambulatory Surgery Center and Related Flights | _____ _____ Yes       No |

## PAUL KALINA

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Mar. 4, 2008 Tickets | _____ _____ Yes       No |

16

## JEFFREY KETCHAM

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Jan. 4, 2007 Beaver Creek Ski Trip | ____ Yes   ____ No |
| Jan. 23, 2010 Private Flight | ____ Yes   ____ No |
| Mar. 7, 2012 Skymiles | ____ Yes   ____ No |
| Mar. 5, 2014 Ski Trip | ____ Yes   ____ No |

## JABIN KRASSIN

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Mar. 27, 2014 Private Flight | ____ Yes   ____ No |

## PAUL KUCK

| **Alleged Kickback** | **Question 3**<br>**Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
|---|---|
| Nov. 21, 2008<br>South Dakota Pheasant Hunt and Private Flight | _____  _____<br>Yes      No |

## STEPHEN LANE

| **Alleged Kickback** | **Question 3**<br>**Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
|---|---|
| Apr. 30, 2015<br>Private Flight | _____  _____<br>Yes      No |
| Aug. 19, 2015<br>Private Flight | _____  _____<br>Yes      No |

18

## THOMAS LANG

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| May 10, 2007 Stock Farm Trip | ____ Yes   ____ No |
| June 27, 2008 Sutton Bay Trip | ____ Yes   ____ No |
| June 4, 2010 Private Flight | ____ Yes   ____ No |
| May 26, 2011 Sutton Bay Trip | ____ Yes   ____ No |

## DANIEL LANGE

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Nov. 21, 2008 Private Flight | ____ Yes   ____ No |

## PAUL LEEP

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Aug. 19, 2010 Private Flight | ____ Yes    ____ No |

## RICHARD LINDSTROM

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Nov. 4, 2006 South Dakota Pheasant Hunt | ____ Yes    ____ No |
| Nov. 4, 2008 Private Flight | ____ Yes    ____ No |
| Dec. 7, 2008 South Dakota Pheasant Hunt | ____ Yes    ____ No |
| July 6, 2009 Winnipeg Fishing Trip | ____ Yes    ____ No |
| Sept. 18, 2009 Sutton Bay Trip | ____ Yes    ____ No |

| Alleged Kickback | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? | |
|---|---|---|
| Dec. 5, 2009<br>South Dakota Pheasant Hunt and Private Flight | _____<br>Yes | _____<br>No |
| Sept. 17, 2010<br>Sutton Bay Trip | _____<br>Yes | _____<br>No |
| Dec. 4, 2010<br>South Dakota Pheasant Hunt and Private Flight | _____<br>Yes | _____<br>No |
| Dec. 11, 2010<br>Lodging | _____<br>Yes | _____<br>No |
| Feb. 6, 2011<br>Super Bowl Trip | _____<br>Yes | _____<br>No |
| Sept. 23, 2011<br>Sutton Bay Trip | _____<br>Yes | _____<br>No |
| Oct. 2, 2011<br>Niska Lodge Trip | _____<br>Yes | _____<br>No |
| Dec. 10, 2011<br>South Dakota Pheasant Hunt and Private Flight | _____<br>Yes | _____<br>No |
| Mar. 19, 2012<br>Skymiles | _____<br>Yes | _____<br>No |
| June 5, 2012<br>Skymiles | _____<br>Yes | _____<br>No |
| Aug. 8, 2012<br>Stock Farm Trip | _____<br>Yes | _____<br>No |

| Alleged Kickback | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? | |
|---|---|---|
| Oct. 30, 2012<br>Private Flight | ___<br>Yes | ___<br>No |
| Oct. 30, 2012<br>South Dakota Pheasant Hunt | ___<br>Yes | ___<br>No |
| Dec. 8, 2012<br>South Dakota Pheasant Hunt | ___<br>Yes | ___<br>No |
| June 21, 2013<br>Skymiles | ___<br>Yes | ___<br>No |
| July 9, 2013<br>Skymiles | ___<br>Yes | ___<br>No |
| Nov. 1, 2013<br>South Dakota Pheasant Hunt | ___<br>Yes | ___<br>No |
| Dec. 7, 2013<br>South Dakota Pheasant Hunt and<br>Private Flight | ___<br>Yes | ___<br>No |
| July 21, 2014<br>Private Flight | ___<br>Yes | ___<br>No |
| Sept. 10, 2014<br>Airfare | ___<br>Yes | ___<br>No |
| Oct. 28, 2014<br>Private Flight | ___<br>Yes | ___<br>No |
| Oct. 28, 2014<br>South Dakota Pheasant Hunt | ___<br>Yes | ___<br>No |

| Alleged Kickback | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
|---|---|
| Dec. 13, 2014<br>South Dakota Pheasant Hunt and Private Flight | _____ Yes    _____ No |
| Jan. 2, 2015<br>Hunting Trip and Private Flight | _____ Yes    _____ No |
| Apr. 30, 2015<br>Private Flight | _____ Yes    _____ No |
| Aug. 19, 2015<br>Private Flight | _____ Yes    _____ No |
| Sept. 27, 2015<br>Niska Lodge Trip | _____ Yes    _____ No |
| Oct. 7, 2015<br>Private Flight | _____ Yes    _____ No |
| Oct. 20, 2015<br>South Dakota Pheasant Hunt and Private Flight | _____ Yes    _____ No |
| Dec. 12, 2015<br>South Dakota Pheasant Hunt and Private Flight | _____ Yes    _____ No |

## SCOTT MCKNIGHT

|  | Question 3 |
| --- | --- |
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Apr. 8, 2011<br>Masters Golf Trip | _____  _____<br>Yes      No |

## MICHAEL MERCK

|  | Question 3 |
| --- | --- |
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Nov. 10, 2006<br>Hotel | _____  _____<br>Yes      No |
| Aug. 7, 2008<br>Big Narrows Trip | _____  _____<br>Yes      No |
| Apr. 24, 2009<br>Private Flight | _____  _____<br>Yes      No |
| Sept. 10, 2010<br>Big Narrows Trip | _____  _____<br>Yes      No |
| June 8, 2015<br>Private Flight | _____  _____<br>Yes      No |

## ANTHONY NOVAK

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Sept. 11, 2009<br>Big Narrows Trip | _____ _____<br>Yes      No |

## SUSAN RELF

| Alleged Kickback | Question 3 |
|---|---|
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Sept. 15, 2009<br>Private Flight | _____ _____<br>Yes      No |
| Apr. 10, 2010<br>Meals | _____ _____<br>Yes      No |

# PATRICK RIEDEL

| | Question 3 |
|---|---|
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Jan. 4, 2007<br>Ski Trip | _____ Yes   _____ No |
| Dec. 7, 2007<br>Private Flight and Meal | _____ Yes   _____ No |
| June 27, 2008<br>Sutton Bay Trip | _____ Yes   _____ No |
| Jan. 1, 2009<br>Private Flight to New York City<br>and Entertainment | _____ Yes   _____ No |
| Mar. 7, 2012<br>Skymiles | _____ Yes   _____ No |
| Mar. 29, 2013<br>Skymiles | _____ Yes   _____ No |
| June 7, 2013<br>Skymiles | _____ Yes   _____ No |
| Mar. 5, 2014<br>Ski Trip | _____ Yes   _____ No |
| July 29, 2014<br>Skymiles | _____ Yes   _____ No |

## HAROLD RODENBIKER

|  | Question 3 |
| --- | --- |
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Sept. 1, 2010<br>Tickets | ____ Yes   ____ No |
| Oct. 16, 2010<br>Meal | ____ Yes   ____ No |

## THOMAS SAMUELSON

|  | Question 3 |
| --- | --- |
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| May 26, 2011<br>Sutton Bay Trip | ____ Yes   ____ No |

## SCOTT SCHAFER

|  | Question 3 |
| --- | --- |
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| June 27, 2008<br>Sutton Bay Trip | ____ Yes   ____ No |

## LORNE SCHLECHT

| | Question 3 |
|---|---|
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Feb. 23, 2007 New York City Trip, Including Private Flight, Hotel, and Entertainment | ____ Yes   ____ No |
| Apr. 10, 2008 Airfare and Guide Service | ____ Yes   ____ No |
| Apr. 24, 2009 New York City Trip and Private Flight | ____ Yes   ____ No |

## CAL SPRIK

| | Question 3 |
|---|---|
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Sept. 11, 2009 Big Narrows Trip | ____ Yes   ____ No |
| Oct. 20, 2011 Airfare | ____ Yes   ____ No |
| Jan. 1, 2013 Opening of Ambulatory Surgery Center and Related Flights | ____ Yes   ____ No |

28

## JEFFREY STEPHENS

| | Question 3 |
|---|---|
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| June 27, 2008 Sutton Bay Trip | _____ _____ <br> Yes     No |

## JITENDRA SWARUP

| | Question 3 |
|---|---|
| **Alleged Kickback** | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Nov. 24, 2007 South Dakota Pheasant Hunt | _____ _____ <br> Yes     No |
| Nov. 4, 2008 Sutton Bay Trip | _____ _____ <br> Yes     No |
| Jan. 18, 2009 Goat Hunting in Maui | _____ _____ <br> Yes     No |
| Dec. 3, 2012 Tallgrass Hunting Trip | _____ _____ <br> Yes     No |

# VANCE THOMPSON

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Oct. 12, 2005<br>Specklebelly Hunt | ____ Yes    ____ No |
| Nov. 4, 2006<br>South Dakota Pheasant Hunt | ____ Yes    ____ No |
| Aug. 27, 2009<br>Las Vegas Trip Expense | ____ Yes    ____ No |
| Sept. 18, 2009<br>Sutton Bay Trip | ____ Yes    ____ No |
| Oct. 4, 2009<br>Niska Lodge Trip and Float Plane | ____ Yes    ____ No |
| Dec. 5, 2009<br>South Dakota Pheasant Hunt | ____ Yes    ____ No |
| June 15, 2010<br>Meal | ____ Yes    ____ No |
| Sept. 17, 2010<br>Sutton Bay Trip | ____ Yes    ____ No |
| Oct. 3, 2011<br>Niska Lodge Trip | ____ Yes    ____ No |
| Dec. 10, 2011<br>South Dakota Pheasant Hunt | ____ Yes    ____ No |

| Alleged Kickback | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
|---|---|
| Dec. 22, 2011 Skymiles | ____ Yes   ____ No |
| Feb. 10, 2012 Skymiles | ____ Yes   ____ No |
| June 22, 2012 Skymiles | ____ Yes   ____ No |
| Aug. 8, 2012 Stock Farm Trip | ____ Yes   ____ No |
| Sept. 4, 2012 Skymiles | ____ Yes   ____ No |
| Sept. 12, 2012 Skymiles | ____ Yes   ____ No |
| Nov. 17, 2012 South Dakota Pheasant Hunt | ____ Yes   ____ No |
| Dec. 8, 2012 South Dakota Pheasant Hunt | ____ Yes   ____ No |
| Dec. 17, 2012 Skymiles | ____ Yes   ____ No |
| Feb. 7, 2013 Skymiles | ____ Yes   ____ No |
| May 14, 2013 Skymiles | ____ Yes   ____ No |

| Alleged Kickback | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
|---|---|
| Nov. 20, 2013<br>Skymiles | _____ _____<br>Yes       No |
| Jan. 2, 2014<br>Skymiles | _____ _____<br>Yes       No |
| July 15, 2014<br>Stock Farm Trip | _____ _____<br>Yes       No |
| July 21, 2014<br>Private Flight | _____ _____<br>Yes       No |
| Jan. 2, 2015<br>Hunting Trip and Private Flight | _____ _____<br>Yes       No |
| Apr. 11, 2015<br>Skymiles | _____ _____<br>Yes       No |
| Apr. 30, 2015<br>Private Flight | _____ _____<br>Yes       No |

## CHRISTOPHER WALLYN

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Aug. 7, 2008 Big Narrows Trip | _____ _____ <br> Yes      No |
| Sept. 11, 2009 Big Narrows Trip | _____ _____ <br> Yes      No |
| June 8, 2015 Private Flight | _____ _____ <br> Yes      No |

## GEORGE WARING

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Oct. 28, 2014 Private Flight | _____ _____ <br> Yes      No |

# KURT WEIR

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| June 15, 2006 Stock Farm Trip | ____ Yes   ____ No |
| Nov. 12, 2006 Golf in Las Vegas | ____ Yes   ____ No |
| July 9, 2008 Stock Farm Trip | ____ Yes   ____ No |
| Jan. 7, 2009 College Football Championship Game Trip | ____ Yes   ____ No |
| Jan. 5, 2010 Meal | ____ Yes   ____ No |
| Apr. 8, 2011 Masters Golf Trip | ____ Yes   ____ No |
| Sept. 12, 2011 Meal | ____ Yes   ____ No |
| Feb. 17, 2012 Meal | ____ Yes   ____ No |
| May 31, 2013 Meal | ____ Yes   ____ No |
| Aug. 28, 2015 Golf and Private Flight | ____ Yes   ____ No |

# DAVID WEST

| Alleged Kickback | Question 3 |
|---|---|
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Oct. 12, 2005<br>Specklebelly Hunt | _____  _____<br>Yes    No |
| June 15, 2006<br>Stock Farm Trip | _____  _____<br>Yes    No |
| Sept. 24, 2006<br>Niska Lodge Trip | _____  _____<br>Yes    No |
| Oct. 23, 2008<br>Hawaiian Eye Meeting | _____  _____<br>Yes    No |
| Oct. 4, 2009<br>Niska Lodge Trip | _____  _____<br>Yes    No |
| Nov. 1, 2009<br>Private Flight | _____  _____<br>Yes    No |
| Dec. 14, 2010<br>Meal | _____  _____<br>Yes    No |
| Feb. 6, 2011<br>Private Flight | _____  _____<br>Yes    No |

## STEPHEN WILES

| Alleged Kickback | Question 3 |
| --- | --- |
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Apr. 8, 2011<br>Masters Golf Trip | ____ ____<br>Yes    No |

## DARRELL WILLIAMS

| Alleged Kickback | Question 3 |
| --- | --- |
| | Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act? |
| Sept. 11, 2009<br>Big Narrows Trip | ____ ____<br>Yes    No |
| Sept. 10, 2010<br>Big Narrows Trip | ____ ____<br>Yes    No |

## DAVID WILLIAMS

| Alleged Kickback | Question 3 |
| --- | --- |
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Mar. 27, 2014<br>Private Flight and Ski Trip | _____   _____<br>Yes        No |

## CURT WISCHMEIER

| Alleged Kickback | Question 3 |
| --- | --- |
| | **Did the following transaction amount to a kickback that resulted in a violation of the False Claims Act?** |
| Sept. 20, 2007<br>Napa Valley Trip | _____   _____<br>Yes        No |

*Continue to Questions 4 through 7.*

**Question 4**:  How many false claims, if any, have Plaintiffs established by the greater weight of the evidence were submitted to Medicare as a result of kickbacks attributable to defendant The Cameron-Ehlen Group, Inc., doing business as Precision Lens?

Answer:                    _____

*Proceed to Question 5.*

**Question 5**:  How many false claims, if any, have Plaintiffs established by the greater weight of the evidence were submitted to Medicare as a result of kickbacks attributable to defendant Paul Ehlen?

Answer:                    _____

*Proceed to Question 6.*

**Question 6**:  What damages, if any, have Plaintiffs established by the greater weight of the evidence resulted to Medicare because of the violations of the False Claims Act attributable to defendant The Cameron-Ehlen Group, Inc., doing business as Precision Lens?

Answer:                    $ _____

*Proceed to Question 7.*

**Question 7**:  What damages, if any, have Plaintiffs established by the greater weight of the evidence resulted to Medicare because of the violations of the False Claims Act attributable to defendant Paul Ehlen?

Answer:                    $ _____

*Have your foreperson sign and date the verdict form.*

<u>FOREPERSON SIGNATURE</u>

We, the jury, have answered the foregoing questions as indicated and return the same to the Court as our verdict.

Dated: _____          Foreperson: _____