UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 13-3003 (WMW/DTS)

| | |
|---|---|
| United States of America, *ex rel.* Kipp Fesenmaier,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>The Cameron-Ehlen Group, Inc., Dba Precision Lens, and Paul Ehlen,<br><br>　　　　　　Defendants. | **PLAINTIFFS' MOTION FOR JUDGMENT** |

　　Consistent with the jury's verdict announced on February 27, 2023, Plaintiffs hereby move the Court to enter judgment in this matter against each Defendant, jointly and severally, in the amount of $489,529,705.13 pursuant to the False Claims Act, 31 U.S.C. § 3729(a) (FCA). This amount represents treble damages and the minimum penalty per claim based on the statutory penalties during the Relevant Time Period.

　　Plaintiffs further move the Court to award post-judgment interest at the legal rate set by 28 U.S.C. § 1961(a), computed daily and compounded annually until the Government is paid in full.

This motion is based on the above-cited statutes and the accompanying memorandum of law.

Dated: March 17, 2023

ANN M. BILDTSEN
First Assistant United States Attorney
*Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515*

s/ Chad A. Blumenfield

CHAD A. BLUMENFIELD (#387296)
BAHRAM SAMIE (#392645)
ANDREW TWEETEN (#395190)
Assistant United States Attorneys
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600

**Attorneys for Plaintiff**
**United States of America**

Dated: March 17, 2023

Morgan Verkamp LLC

*s/ Jennifer M. Verkamp*

Jennifer M. Verkamp (OH 0067198)
Sonya A. Rao (MA 647170)
Chandra Napora (OH 0092886)
4410 Carver Woods Dr., Ste. 200
Cincinnati, Ohio 45242
Tel. (513) 651-4400
Fax (513) 651-4405
jverkamp@morganverkamp.com
sonya.rao@morganverkamp.com
c.napora@morganverkamp.com

**Attorneys for Plaintiff-Relator Kipp Fesenmaier**