UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 13-3003 (WMW/DTS)

| | |
|---|---|
| United States of America, *ex rel.* Kipp Fesenmaier,  Plaintiffs,  v.  The Cameron-Ehlen Group, Inc., Dba Precision Lens, and Paul Ehlen,  Defendants. | **CERTIFICATE OF COMPLIANCE** |

The undersigned attorney for the United States certifies that this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h). The memorandum has 1,504 words of type, font size 13. The memorandum was prepared using Microsoft Word, which includes all text, including headings, footnotes and quotations in the word count.

Dated: March 17, 2023

ANN M. BILDTSEN
First Assistant United States Attorney
*Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515*

s/ Chad A. Blumenfield

CHAD A. BLUMENFIELD (#387296)
BAHRAM SAMIE (#392645)
ANDREW TWEETEN (#395190)
Assistant United States Attorneys
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600

**Attorneys for Plaintiff United States of America**