UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 13-cv-3003 (WMW/DTS)

| | |
|---|---|
| United States of America *ex rel.* Kipp Fesenmaier, <br><br>        Plaintiffs, <br><br>v. <br><br>The Cameron-Ehlen Group, Inc., d/b/a Precision Lens, and Paul Ehlen, <br><br>        Defendants. | **PLAINTIFFS' MOTION TO SUBSTITUTE** |

Plaintiffs move the Court to substitute the Estate of Paul C. Ehlen in place of Defendant Paul Ehlen. This Motion is based on Federal Rule of Civil Procedure 25, the accompanying Memorandum of Law, and the authorities cited therein.

Dated:   July 28, 2023

ANN M. BILDTSEN
First Assistant United States Attorney
*Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515*

 s/ Andrew Tweeten

CHAD A. BLUMENFIELD
Assistant United States Attorney
Attorney ID Number 387296
BAHRAM SAMIE
Assistant United States Attorney
Attorney ID Number 392645
ANDREW TWEETEN
Assistant United States Attorney
Attorney ID Number 395190
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415
(612) 664-5600

*Attorneys for Plaintiff United States of America*

Dated:  July 28, 2023                MORGAN VERKAMP, LLC

     *s/ Jennifer M. Verkamp*

JENNIFER M. VERKAMP
Attorney ID Number OH 0067198
SONYA A. RAO
Attorney ID Number MA 647170
CHANDRA NAPORA
Attorney ID Number OH 0092886
4410 Carver Woods Drive, Suite 200
Cincinnati, OH 45242
(513) 651-4000

*Attorneys for Relator Kipp Fesenmaier*