UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, *ex rel.* Kipp Fesenmaier<br><br>    Plaintiff,<br>v.<br><br>The Cameron-Ehlen Group, Inc., dba Precision Lens, and Paul Ehlen,<br><br>    Defendants. | Case No. 13-CV-3003 WMW/DTS<br><br>**DECLARATION OF KATHRYN WEITZEL EHLEN AS PERSONAL REPRESENTATIVE** |

I, Kathryn Weitzel Ehlen, declare as follows:

1. I am more than 18 years old and I am a resident of Montana.

2. My husband, Paul Ehlen, died on June 27, 2023.

3. I was married to Paul Ehlen for over 33 years, and we both resided in Montana at the time of his passing. A probate matter was opened in Ravalli County District Court on July 6, 2023 in the name *In the Matter of the Estate of Paul C. Ehlen*, Civil Case DP-41-2023-0000081-IT. I was named as personal representative of the Estate.

4. Although I have not ascertained all relevant information relating to the Estate, based on the information available to me at this point, I believe that the Estate has liquid assets worth approximately $13 million. The estate also has investments in illiquid entities, which are difficult to value, that I estimate to be worth approximately $2 million. It also has illiquid assets, such as World War II aircraft and parts, that are difficult to value, which I estimate may be worth $10 million. I am still gathering information, but

this is my best estimate to date. This estimate does not include any liability from any amounts owed as a result of this litigation and does not include any value of the 94% ownership of the Cameron-Ehlen Group, Inc., dba Precision Lens ("Precision Lens"), which I know is addressed in a Declaration from William Henneman.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Dated August 2, 2023  /s *Kathryn Weitzel Ehlen*
St. Cloud, Minnesota  Kathryn Weitzel Ehlen

79780703