**PRIVILEGED & CONFIDENTIAL**
**DRAFT:  7/31/2023**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, *ex rel.* Kipp Fesenmaier | Case No.  13-CV-3003 WMW/DTS |
| Plaintiff, | |
| v. | |
| The Cameron-Ehlen Group, Inc., dba Precision Lens, and Paul Ehlen, | **DECLARATION OF WILLIAM HENNEMAN** |
| Defendants. | |

---

I, William Henneman, declare as follows:

1. I am currently the chief executive officer of The Cameron-Ehlen Group, Inc., dba Precision Lens ("Precision Lens").

2. Unless and until the verdict is overturned, Precision Lens is without value as a going concern.  Accordingly, the only value the company retains relates to the collection of outstanding accounts receivable and the liquidation of company assets. Based on current assets and liabilities – other than any amounts owed as a result of this matter – I estimate the current value of the Precision Lens' assets to be less than $5 million.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated August 2, 2023                           *s/ William Henneman*
Bloomington, Minnesota                      William Henneman
79778969 v1