# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, ex rel., and Kipp Fesenmaier, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 13-cv-3003 WMW/DTS |
| Cameron-Ehlen Group, Inc., The, and Kathryn Weitzel Ehlen, | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion for post-judgment relief, Dkt. 1047, is **GRANTED IN PART** and **DENIED IN PART**, as follows:

a. Defendants' motion for judgment as a matter of law is **GRANTED** regarding the claim related to the trip to New York City of Patrick Riedel occurring on or about January 1, 2009.

b. The motion is **GRANTED** insofar as the penalties imposed upon the defendants under the False Claims Act constitute a violation of the Excessive Fines Clause.

c. The motion is **DENIED** in all other respects.

2. The judgment in this matter is **AMENDED** to reflect a judgment amount of $216,675,248.55, not including post-judgment interest, statutory attorneys' fees, or other taxable costs.

| | |
|---|---|
| Date: 2/8/2024 | KATE M. FOGARTY, CLERK |