# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1467
_____

United States of America, ex rel

Plaintiff - Appellee

Kipp Fesenmaier

Relator - Appellee

v.

Cameron-Ehlen Group, Inc., doing business as Precision Lens; Kathryn Weitzel Ehlen, personal representative for the Estate of Paul C. Ehlen

Defendants - Appellants

_____

No: 24-1755
_____

United States of America, ex rel

Plaintiff - Appellant

Kipp Fesenmaier

Relator - Appellant

v.

Cameron-Ehlen Group, Inc., doing business as Precision Lens; Kathryn Weitzel Ehlen, personal representative for the Estate of Paul C. Ehlen

Defendants - Appellees

------

Appeal from U.S. District Court for the District of Minnesota
(0:13-cv-03003-ECT)

------

## JUDGMENT

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 31, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
             /s/ Maureen W. Gornik